No. 93–1736. PUGH *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 93–1743. HOSKINS *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 93–1765. COLE *v.* BROWN, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 93–1767. ATONIO ET AL. *v.* WARDS COVE PACKING CO., INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–1768. H. R. *v.* E. O. ET AL. Ct. App. D. C. Certiorari denied.

No. 93–1776. HALL ET AL. *v.* GREEN ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–1779. CALVO *v.* FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 93–1784. PATTERSON ET AL. *v.* NEWSPAPER & MAIL DELIVERERS UNION ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–1787. FIDELITY & DEPOSIT COMPANY OF MARYLAND *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–1790. BELSITO *v.* NEW YORK. App. Term, Sup. Ct. N. Y., 9th and 10th Jud. Dists. Certiorari denied.

No. 93–1793. COMMERCIAL LIFE INSURANCE CO. *v.* TOLLEY ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–1794. UNION TANK CAR CO. *v.* VARIOUS PLAINTIFFS IN CLASS. Sup. Ct. Ohio. Certiorari denied.

No. 93–1795. STEINFELD *v.* HODDICK, GUARDIAN OF THE ESTATE OF STEINFELD. Sup. Ct. Ill. Certiorari denied.